UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINIA

Jonathan Lee Riches©,
Plaintiff

Civil No:
4:07-4141-MBS-KMC

V

Harry Belafonte d/b/a UNICEF Goodwill Ambassador,
Defendant

Complaint

42 USC 1983. This is a Ambassador massacre on my civil liberties. No Goodwill Charities or U.N. Soldiers defend me at FCI Williamsburg in solitary. I seek a peace treaty and a DMZ line. I need help. I get no commissary, no stamps to write my family, I can't use the phone. I weigh 120 lbs at 5ft 10 inches, I'm hungry, cold. Belafonte needs to help, I hear inmates screaming, at night mysterious bugs roam my floor. This is unconstitutional, I seek $25 million for emotional distress.

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©